UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

*In re:*
Heidi L. May
    Debtor(s)

CASE NO. 10-71306-SCS

## REPORT OF DEPOSIT OF SMALL DIVIDENDS/UNCLAIMED FUNDS

    Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "US Bankruptcy Court" representing small dividends/unclaimed funds to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends/unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba DILLARD'S, 25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | $2.74 |
| TOTAL | $2.74 |

Dated: June 21, 2011

*/s/ Carolyn L. Camardo*
Carolyn L. Camardo, Trustee
VSB #23814
258 N. Witchduck Road, Suite C
Virginia Beach, VA 23462
(757) 490-2200

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends/Unclaimed Funds was sent via email this 21st day of June, 2011 to:

Office of the US Trustee
Room 625, Federal Building
200 Granby Street
Norfolk, VA  23510
[USTPRegion04.NO.ECF@usdoj.gov]

              Carolyn L. Camardo, Trustee

Printed: 06/21/11 01:27 PM

Page: 1

## Claims Distribution Small Checks

Trustee: **CAROLYN L. CAMARDO (660050)**

Case: 10-71306 - MAY, HEIDI L

| Account No. | Check No. Issued | Claim No. | Filed | Payee: | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 920089337667566 | 106 06/21/11 | 1 | 06/24/10 | U.S. Bankruptcy Court | 610 | Recovery Management Systems Corporation | 60.37 | 60.37 | 2.74 | $2.74 |

Check Amount: 2.74

(*) Denotes objection to Amount Filed